UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
) Chapter 11
International Cable Corporation ) Case No. 13-
)
Debtor )

## MOTION FOR AUTHORITY TO EMPLOY COUNSEL

International Cable Corporation, the above-named debtor (the "Debtor"), by its President, respectfully submit as follows:

1. On November 8, 2013, the Debtor, filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Debtor wishes to employ Neil D. Warrenbrand as her counsel in the within Chapter 11 proceedings. Mr. Warrenbrand is a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the Federal District Court for the District of Massachusetts, and is in good standing with each of the foregoing. Mr. Warrenbrand is experienced in matters involving proceedings under the Bankruptcy Code and has extensive experience practicing before the U.S. Bankruptcy Court in this District.

3. To the best of the Debtor's knowledge, Mr. Warrenbrand does not represent or hold any interest adverse to the estate herein, except as may have been disclosed in the Affidavit of Professional Person which is filed herewith.

4. The Debtor believes that is in the best interest of the Debtor and the Debtor's estate to employ Neil D. Warrenbrand as counsel to the Debtor in the within proceedings.

WHEREFORE, the Debtor respectfully requests that the Court:

1. Enter an Order authorizing the Debtor to employ Neil D. Warrenbrand as counsel to the Debtor in the within proceeding; and

2. Grant such other and further relief as is just and proper.

International Cable Corporation,
Chapter 11 Debtor

By:_____
Its President

Dated: November 7, 2013