I apologize for errors made in the filing of claims 4 & 5.  I typed International Cable's name in the place where I should have listed my name and also didn't add the proper attachments to claim 4.   this process is new to me, a little confusing and stressful.

I will re-file correctly.

Chris Marshall