03/14/2014 Upon consideration of the Trustee's Response, the Motion is denied without prejudice to renewal in the event PII issues remain.

/s/ Joan N. Feeney

Chris Marshall
10160 Mimosa Silk Drive
Fort Myers, FL 33913
T: (239) 225-6187; F: (239) 225-6189
In pro persona

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Chris Marshall, Plaintiff | ) Case No.: 13-16552 |
| | ) Joan N. Feeney |
| vs. | ) United States Bankruptcy Judge |
| | ) |
| | ) MOTION FOR: |
| International Cable Corporation | ) 1) SUSPEND AUCTION UNTIL PII OBLIGATIONS |
| Defendant | )     HAVE BEEN FULFILLED PROPERLY |
| | ) |
| | ) |

1. Chris Marshall (hereinafter "Plaintiff") former International Cable Corp. (ICC) employee, Motions that the auction scheduled for March 18th & 19th of ICC assets be suspended until proper proof has been provided to the court, that the Personal Identifiable Information (PII) obligation has been fulfilled in a responsible and professional manner. And wishes to make known to the court the carelessness of the parties involved in the International Cable Corporation (hereinafter "Defendant") bankruptcy case, in regard to the protection of PII information of employees, customer and vendors.

2. Personal Identifiable Information (PII) is defined as: Any representation of information that permits the identity of an individual to whom information applies to be reasonably inferred by either direct or indirect means. Further, PII is defined as information: (i) that directly identifies an individual (E.g., name, address, social security number or other identifying number or code, telephone number, email address, etc.) or (ii) by which an agency intends to identify specific individuals in conjunction with other data elements, i.e., indirect identification. (These data elements may include a combination of gender, race, birth date, geographic indicator, and other descriptors). Additionally, information