08/07/2014 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                          )
                                                )
INTERNATIONAL CABLE CORPORATION,                )    Chapter 7
                                                )    Case No. 13-16552-JNF
         Debtor                                 )

CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
TURNOVER OF PROPERTY OF THE ESTATE (2008 RANGE ROVER)

Kathleen P. Dwyer, Chapter 7 Trustee in the above-named case, ("Trustee") hereby moves pursuant to 11 U.S.C. §552 that Paula Fruman be directed to immediately turn over to the Trustee the 2008 Range Rover vehicle having a VIN of SALSH23438A158908 (the "Vehicle"). As grounds therefor, the Trustee states the following:

1.  The Vehicle is titled to the Debtor and scheduled as an asset on Schedule B.

2.  It has been represented to the Trustee that the Vehicle is in the possession of Paula Fruman.

3.  The Trustee has attempted to resolve this matter informally through correspondence to Paula Fruman and her counsel and has received no response. Included in the correspondence was a copy of the Certificate of Title.

4.  The Trustee has made arrangements to have the Vehicle removed to the premises of Paul E. Saperstein Co., Inc. in anticipation of a court-authorized public auction sale.

WHEREFORE, the Trustee requests that this Court order Paula Fruman to:

1.  Promptly turn over the Vehicle, keys, and all related accessories, equipment, records, and other contents to Paul E. Saperstein Co., Inc. as the Trustee's representative;

2.  Granting the Trustee such other relief as is just.