UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERNATIONAL CABLE CORPORATION, | )    Chapter 7 |
| | )    Case No. 13-16552-JNF |
| Debtor | ) |

STATEMENT OF CHAPTER 7 TRUSTEE re
TURNOVER OF PROPERTY OF THE ESTATE (2008 RANGE ROVER)

Kathleen P. Dwyer, Chapter 7 Trustee in the above-named case, ("Trustee"), hereby reports that that the 2008 Range Rover vehicle having a VIN of SALSH23438A158908 was voluntarily turned over to the Trustee on August 7, 2014.

                                                Respectfully submitted,
                                                KATHLEEN P. DWYER
                                                Chapter 7 Trustee
                                                By her counsel,

Dated:  August 11, 2014       /s/Kathleen P. Dwyer
                                                Kathleen P. Dwyer
                                                MacLEAN HOLLOWAY DOHERTY
                                                ARDIFF & MORSE, P.C.
                                                8 Essex Center Drive
                                                Peabody, MA 01960
                                                (978) 774-7123

CERTIFICATE OF SERVICE

    I, Kathleen P. Dwyer, hereby certify that on this date, I served by first class mail, postage prepaid, a true copy of the CHAPTER 7 TRUSTEE'S STATEMENT RE TURNOVER OF VEHICLE on the following:

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Raymond C. Pelote    rpelote@wynnandwynn.com, pknorr@wynnandwynn.com
- Neil D. Warrenbrand    neil@warrenbrandlaw.com

Andrea S. Hartley
Akerman, LLP
One S.E.Third Avenue, 25th Floor
Miami, FL 33131

Chris Marshall
10160 Mimosa Silk Drive
Fort Myers, FL 33913

Joseph Perea
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141

Michael Saperstein
Paul E. Saperstein Co., Inc.
144 Centre Street
Holbrook, MA 02343

Steen A. Gabovitch, CPA
378 Page Street, Ste. 3
P.O. Box 401
Stoughton, MA 02072

Peter J. Duffy, Esq.
Pollack Solomon Duffy
133 Federal Street, Ste. 902
Boston, MA 02110

Paula Fruman
255 Fox Hill Road
Needham, MA 02492

Dated:  August 11, 2014    /s/ Kathleen P. Dwyer
    Kathleen P. Dwyer