UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERNATIONAL CABLE CORPORATION, | ) Chapter 7 |
| | ) Case No. 13-16552-JNF |
| Debtor | ) |
| | ) |

**NOTICE OF INTENDED SALE OF PERSONAL PROPERTY
BY PUBLIC AUCTION SALE
(2008 RANGE ROVER)
<u>DEADLINE FOR OBJECTIONS AND HEARING DATE</u>**

To Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. § 363, Fed.R. Bankr.P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that Kathleen P. Dwyer, Chapter 7 Trustee of the estate of International Cable Corporation (the "Debtor"), intends to sell at public sale all of the right, title and interest in a certain 2008 Range Rover (the "Vehicle").

1. The sale will be conducted by Paul E. Saperstein Co., Inc. and will take place at the Saperstein facility at 144 Centre Street, Holbrook, MA on January 16, 2015 at 11:00 a.m.

2. The proposed sale is more particularly described in the Motion of the Chapter 7 Trustee for Authority to Conduct Public Sale of Personal Property (the "Sale Motion") filed with the Court on November 10, 2014.

3. The Vehicle will be sold free and clear of all liens, claims and encumbrances with such valid liens, claims and encumbrances, if any, attaching to the net proceeds of the sale to the same extent and in the same order of priority as such liens, claims and encumbrances attached to the Vehicle.

    4.   OBJECTIONS TO THE SALE or to the Motion to Authorize Sale, if any, must be filed with the Clerk of the United States Bankruptcy Court, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945 on or before ___December 5_____, 2014 (the "Objection Deadline"). A copy of the objection must also be served upon Kathleen P. Dwyer, Trustee, c/o MacLean Holloway Doherty Ardiff & Morse, P.C., 8 Essex Center Drive, Peabody, MA 01960.  Any objection to the sale must state specifically why the sale should not take place.  Any objection to the sale shall be governed by Fed.R.Bankr.P. 9014.

    5.   In the event that any objections are timely filed, a HEARING will commence **at** 10:45am **on** December 16_____**, 2014 before the Honorable Joan N. Feeney, at the U.S. Bankruptcy Court (at the address above)**.  Any party who has filed an objection is expected to be present at the hearing.  If no timely objections are filed, the Bankruptcy Court may, in its discretion, rule on the Motion to Authorize Sale without a hearing.

    6.   The terms of the proposed sale are more particularly described in the Trustee's Motion for Order Authorizing Public Sale of Personal Property filed with the Court on November 10, 2014.  The Motion is available upon request to the undersigned.

    Any questions concerning the intended sale shall be addressed to the undersigned.

        Respectfully submitted,

        Kathleen P. Dwyer,
        Chapter 7 Trustee,
        By her counsel,


        /s/ Kathleen P. Dwyer
        Kathleen P. Dwyer, BBO #139800
        MacLEAN HOLLOWAY DOHERTY
        ARDIFF & MORSE, P.C.
        8 Essex Center Drive
        Peabody, MA 01960
        (978) 774-7123
        kdwyer@mhdpc.com


Dated:  November  10 , 2014

-3-